IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Robert A. Nelson, #99942-071 | ) | C.A. No. 4:05-3238-TLW-TER |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Warden, FCI-Estill; and United States of America, | ) ) ) | |
| | ) | |
| Respondents.. | ) | |
| _____ | ) | |

The Petitioner, proceeding *pro se*, brings this action seeking habeas relief pursuant to 28 U.S.C. § 2241. Petitioner is incarcerated at Estill Federal Correctional Institution.

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed May 5, 2006 by United States Magistrate Judge Thomas Rogers, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that the Petitioner's complaint be dismissed without prejudice and without requiring the respondents to file a return. Petitioner has not objected to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th

2

Cir. 1983).

In light of this standard, the Court has carefully reviewed the Report and has concluded that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 7); and Petitioner's complaint is dismissed.

**IT IS SO ORDERED.**

                                              S/ Terry L. Wooten
                                            **TERRY L. WOOTEN**
                                          **UNITED STATES DISTRICT JUDGE**

February 25, 2008
Florence, South Carolina